```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 04486
   BARBARA R LAWSON
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6140


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 03/14/2007 and was not confirmed.

   The case was dismissed without confirmation 08/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
GATEWAY FINANCIAL         SECURED NOT I   NOT FILED         .00          275.85
GATEWAY FINANCIAL         UNSEC W/INTER    7590.76          .00             .00
HOMECOMINGS FINANCIAL     CURRENT MORTG        .00          .00             .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE   27971.19          .00             .00
TRIAD FINANCIAL CORP      SECURED              .00          .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED         .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED         .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         6593.21          .00             .00
UNITED STATES ATTORNEY    NOTICE  ONLY    NOT FILED         .00             .00
UNITED STATES ATTORNEY    NOTICE  ONLY    NOT FILED         .00             .00
INTERNAL REVENUE SERVICE  NOTICE  ONLY    NOT FILED         .00             .00
D PATRICK MULLARKEY       NOTICE  ONLY    NOT FILED         .00             .00
DISTRICT COUNSEL          NOTICE  ONLY    NOT FILED         .00             .00
INTERNAL REVENUE SERVICE  NOTICE  ONLY    NOT FILED         .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED         .00             .00
ASPIRE                    UNSEC W/INTER   NOT FILED         .00             .00
BURLINGTON COAT FACTORY   UNSEC W/INTER   NOT FILED         .00             .00
COMPFINCE                 UNSEC W/INTER   NOT FILED         .00             .00
FINGERHUT CREDIT ADVANTA  UNSEC W/INTER   NOT FILED         .00             .00
IRWIN W PEARLMAN MD       UNSEC W/INTER   NOT FILED         .00             .00
MIDNIGHT VELVET           UNSEC W/INTER     538.76          .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    2781.81          .00             .00
LEO LAWSON SR             NOTICE  ONLY    NOT FILED         .00             .00
LEO LAWSON SR             NOTICE  ONLY    NOT FILED         .00             .00
SYLVIA LAWSON             NOTICE  ONLY    NOT FILED         .00             .00
TRIAD FINANCIAL CORP      UNSEC W/INTER        .00          .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER    5320.01          .00             .00
MELVIN J KAPLAN           DEBTOR ATTY     2,000.00                      2,000.00
TOM VAUGHN                TRUSTEE                                         166.46
DEBTOR REFUND             REFUND                                        4,019.69


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 04486 BARBARA R LAWSON
```

```
TRUSTEE                                     6,462.00

PRIORITY                                                            .00
SECURED                                                          275.85
UNSECURED                                                           .00
ADMINISTRATIVE                                                 2,000.00
TRUSTEE COMPENSATION                                             166.46
DEBTOR REFUND                                                  4,019.69
                                        ---------------  ---------------
TOTALS                                     6,462.00           6,462.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 12/05/07                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE